Exhibit 5



0112