#2216

Exhibit 8

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
|---|---|
| | SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | 98 CRS 33738, 39, 40, 41, |
| | 98 CRS 141972 |

STATE OF NORTH CAROLINA     )
                            )
VS.                         )     TRANSCRIPT
                            )
SHAWN GIOVANNI MASSEY       )
                            )
        Defendant.          )

TRANSCRIPT OF TRIAL PROCEEDINGS, taken in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, at the **September 13, 1999**, Criminal Session, before the Honorable **James L. Baker**, Superior Court Judge Presiding.

This cause having been reached for trial on **September 24, 1999** and continuing through **September 27, 1999**.

APPEARANCES:

ERIC H. COTTRELL
Assistant District Attorney
Twenty-sixth Judicial District
Mecklenburg County
   On behalf of the State

JANET C. THOMAS
Attorney at Law
101 North McDowell Street, Suite 114
Charlotte, North Carolina 28204
   On behalf of the Defendant

JOSEPHINE GARRETT-COLEY
OFFICIAL COURT REPORTER
Mecklenburg County Courthouse
Charlotte, North Carolina

OFFICER J. J. O'JANIIT

    Voir dire Examination          By Mr. Cottrell      132
    Voir dire Examination          By Ms. Thomas       139

BRADY DORSEY

    Voir dire Examination          By Ms. Thomas       144
    Voir dire Examination          By Mr. Cottrell      146
    Voir dire Examination          By Ms. Thomas       150
    Voir dire Examination          By Mr. Cottrell      153
    Voir dire Examination          By Ms. Thomas       157
    Voir dire Examination          By Mr. Cottrell      158

ANNIE MAY MASSEY

    Voir dire Examination          By Ms. Thomas       159

BOBBY ROSS

    Voir dire Examination          By Ms. Thomas       161

ROBERTA MASSEY

    Voir dire Examination          By Ms. Thomas       163
    Voir dire Examination          By Mr. Cottrell      164
    Voir dire Examination          By Ms. Thomas       165

ANNIE MAY MASSEY

    Voir dire Examination          By Ms. Thomas       166

ORDER                                 By Judge Baker       175

OFFICER J. J. O'JANIIT

    Direct Examination             By Mr. Cottrell      190
    Cross Examination              By Ms. Thomas       204

OFFICER MARK WILSON

    Direct Examination             By Mr. Cottrell      211
    Cross Examination              By Ms. Thomas       213

STATE RESTS                       At 11:40 a.m.        214

MOTIONS

BRADY DORSEY

    Direct Examination            By Ms. Thomas     215
    Cross Examination             By Mr. Cottrell   223
    Re-direct Examination        By Ms. Thomas     230

ANNIE MAY MASSEY

    Direct Examination            By Ms. Thomas     231
    Cross Examination             By Mr. Cottrell   236
    Re-direct Examination        By Ms. Thomas     242

BOBBY ROSS

    Direct Examination            By Ms. Thomas     243
    Cross Examination             By Mr. Cottrell   245
    Re-direct Examination        By Ms. Thomas     246

REVEREND LINDA BROWN

    Direct Examination            By Ms. Thomas     249

ROBERTA MASSEY

    Direct Examination            By Ms. Thomas     249
    Cross Examination             By Mr. Cottrell   252

TOMMY WILLIAMS, JUROR NO. 8

    Voir Dire Examination        By The Court      258
    Voir Dire Examination        By Mr. Cottrell   261

ORDER                                By Judge Baker    262

MOTIONS

CHARGE CONFERENCE               At 2:16 p.m.

APRIL PRIDE THOMPSON

    Direct Examination            By Ms. Thomas     279
    Cross Examination             By Mr. Cottrell   284
    Re-direct Examination        By Ms. Thomas     284

DEFENDANT RESTS

CLOSING ARGUMENTS, Not stenographically recorded

JURY CHARGE                      By Judge Baker    289

| | | |
|---|---|---|
| JURY DELIBERATIONS BEGIN | At 4:10 p.m. | 304 |
| QUESTION OF THE JURY | At 4:55 p.m. | 304 |
| COURT STANDS IN RECESS | At 5:10 p.m. | 306 |
| CONTINUED JURY DELIBERATIONS | At 9:35 a.m. | 311 |
| VERDICT | At 11:15 a.m. | 311 |
| SENTENCING HEARING | | 316 |

## STATE'S EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Photographic line-up, Ms. Wood | 51 |
| 2 | Statement of Ms. Savall | 69 |
| 3 | Photographic line-up, Ms. Savall (copy) | 74 |
| 4 | Supplemental report, Officer Esposito | 106 |
| 5 | Supplemental statement of Ms. Wood to Officer O'Janiit | 133 |
| 6 | Photographic line-up, Ms. Wood (original) | 134 |
| 7 | Paragraph of Shawn Massey | 164 |
| 8 | Photographic line-up, Ms. Savall (original) | 190 |
| 9 | Statement of Ms. Wood to Officer O'Janiit | 193 |
| 10 | Statement of Ms. Wood to Officer O'Janiit | 196 |

## DEFENDANT'S EXHIBITS

| | | |
|---|---|---|
| 1 | Dorsey Concrete Log Book, 5/15-5/21/98 | 151 |
| 2 | Dorsey Concrete Pay Vouchers | 153 |
| 3 | Paragraph, Shawn Massey, Kennedy Middle School | 167 |
| 4 | Paragraph, Shawn Massey, girlfriend, baby | 168 |
| 5 | Paragraph, Shawn Massey, prom | 168 |

# I N D E X

|  | PAGE |
|---|---|
| **MOTIONS** | 2 |
| **ORDER** | 8 |
| **JURY SELECTION**, Not stenographically recorded | |
| **JURY IMPANELED** At 12:20 p.m. | |
| **OPENING STATEMENTS**, Not stenographically recorded | |

**SAMANTHA ROSE WOOD**

| | | |
|---|---|---|
| Direct Examination | By Mr. Cottrell | 36 |
| Cross Examination | By Ms. Thomas | 57 |
| Re-direct Examination | By Mr. Cottrell | 65 |
| Re-cross Examination | By Ms. Thomas | 66 |

**THERESA McCORMICK SAVALL**

| | | |
|---|---|---|
| Direct Examination | By Mr. Cottrell | 67 |
| Cross Examination | By Ms. Thomas | 77 |
| Re-direct Examination | By Mr. Cottrell | 84 |
| Re-cross Examination | By Ms. Thomas | 84 |

**APRIL PRIDE THOMPSON**

| | | |
|---|---|---|
| Direct Examination | By Mr. Cottrell | 88 |
| Cross Examination | By Ms. Thomas | 93 |
| Re-direct Examination | By Mr. Cottrell | 96 |
| Re-cross Examination | By Ms. Thomas | 100 |
| Re-direct Examination | By Mr. Cottrell | 101 |

**OFFICER GERALD ESPOSITO**

| | | |
|---|---|---|
| Direct Examination | By Mr. Cottrell | 102 |
| Cross Examination | By Ms. Thomas | 111 |

**INVESTIGATOR THOMAS GLENN LEDFORD**

| | | |
|---|---|---|
| Direct Examination | By Mr. Cottrell | 115 |
| Cross Examination | By Ms. Thomas | 121 |
| Re-direct Examination | By Mr. Cottrell | 126 |

**MOTION TO SUPPRESS IDENTIFICATION**