# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-477-RJC-DCK

| | |
|---|---|
| SHAWN MASSEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLOTTE-MECKLENBURG POLICE ) | |
| OFFICER J.J. OJANIIT; CHARLOTTE- ) | |
| MECKLENBURG POLICE OFFICER ) | |
| GERALD J. ESPOSITO; CHARLOTTE- ) | |
| MECKLENBURG POLICE OFFICER TOM ) | |
| G. LEDFORD; and CHARLOTTE- ) | |
| MECKLENBURG POLICE OFFICERS JOHN ) | |
| and JANE DOES ##1-10, in their individual ) | |
| capacities, ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding Plaintiff's "Motion To Strike Defendants' Exhibits or, In the Alternative, to Convert Defendants' Motions for Judgment on the Pleadings Into Motions for Summary Judgment, and Grant Plaintiff Discovery Prior To Ruling" (Document No. 28) filed January 31, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Defendants have each filed timely responses "...In Opposition To Plaintiff's Motion To Strike" (Document Nos. 33, 35, and 37). Plaintiff, however, has not filed a reply brief in support of his motion, or notice of intent not to reply, and the time to do so has lapsed. See Local Rule 7.1 (E). The undersigned finds that the Court's consideration of this matter is likely to be assisted by a reply brief addressing Defendants' responses to Plaintiff's motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall file a reply brief in support of his

"Motion To Strike Defendants' Exhibits or, In the Alternative, to Convert Defendants' Motions for Judgment on the Pleadings Into Motions for Summary Judgment, and Grant Plaintiff Discovery Prior To Ruling" (Document No. 28), <u>or</u> a notice of withdrawal of this pending motion, on or before **April 16, 2012**.

    **SO ORDERED**.

Signed: April 6, 2012

David C. Keesler
United States Magistrate Judge